EDWARD A. SMITH (SBN: 139950)
JOHN D. MAXEY (SBN: 117617)
DUDUGJIAN & MAXEY
A LAW CORPORATION
13 SIERRAGATE PLAZA BLDG B
ROSEVILLE, CALIFORNIA  95678
Telephone: (916) 786-7272

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, IRS | DC No.: 2:11-cv-02062-TLN-AC |
| Plaintiff, | |
| vs. | **PARTIES' JOINT REQUEST FOR FURTHER SETTLEMENT CONFERENCE; ORDER** |
| ALEJANDRO VINCE HOUSER, | |
| Defendant. | **JOINT REQUEST TO APPEAR TELEPHONICALLY** |
| | |
| In re: | Bankruptcy Case No.: 10-46331-E-13L |
| ALEJANDRO VINCE HOUSER AND KERRI LYNN HOUSER, | |
| Debtors. | Settlement Conference: 5/5/14
Time:  10:00 a.m.
Courtroom: 27, 8th Floor
United States District Court |
| UNITED STATES OF AMERICA, IRS | Eastern District of California
501 I Street, Sacramento, CA |
| Counter-Claimant, | |
| vs. | Before: Magistrate Judge Dale Drozd |
| JOHN BRAVO III, | |
| Counter-Defendant. | |

**JOINT REQUEST**

The parties have met and conferred with respect to a further settlement conference in this matter, and agree that further settlement discussions are appropriate at this time.  The parties understand that Honorable Dale A. Drozd, who presided over the previous settlement conference, is available for a settlement conference on May 5, 2014, which is also available for counsel for the parties.  Accordingly, the parties hereby jointly request that this matter be set for a further settlement conference before Magistrate Judge Drozd on May 5, 2014 at 10:00 a.m.  Supplemental settlement conference statements, no more than three pages in length, shall be due no later than April 30, 2014.  This is also a joint request for parties and counsel to appear telephonically at the further settlement conference.

Dated: April 18, 2014  KATHRYN KENEALLY
  Assistant Attorney General

  By:  /s/ Boris Kukso
    BORIS KUKSO
    U.S. Department of Justice
    PO Box 683
    Ben Franklin Station
    Washington, D.C. 20044
    Landline: (202) 353-1857

    Of Counsel:
    BENJAMIN B. WAGNER
    United States Attorney

    Attorneys for the United States

Dated: April 17, 2014                             DUDUGJIAN & MAXEY
                                                  A Law Corporation


                                            By:    /s/ Edward A. Smith
                                                  EDWARD A. SMITH
                                                  Attorneys for Defendants
                                                  Landline: (916) 786-7272

### ORDER

This matter came before the Court on the Parties' Joint Request for Further Settlement Conference. For good cause showing, the Court hereby SETS the matter for a Further Settlement Conference on May 5, 2014, at 10:00 a.m. in Courtroom 27 before the Honorable Dale A. Drozd. Supplemental settlement conference statements, no more than three pages in length, shall be due no later than April 30, 2014. The parties request for telephonic appearance is granted, and the parties shall provide landline telephone numbers to the Courtroom Deputy for the Honorable Dale A. Drozd no later than April 30, 2014.

IT IS SO ORDERED.

**Dated: April 24, 2014**

                                                  _____
                                                  Troy L. Nunley
                                                  United States District Judge