UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

ALEJANDRO VINCE HOUSER AND
KERRI LYNN HOUSER,

Debtors.

No. 2:11-cv-2062-TLN-AC

**ORDER**

      Pursuant to Rule 58 of the Federal Rules of Civil Procedure, based on the stipulations by Alejandro Vince Houser and John M. Bravo III (ECF Nos. 44-2 & 44-3), and in consideration of Alejandro Vince Houser and Kerri Lynn Houser's Statement of Non-Opposition (ECF No. 45), the United States' Motion for Entry of Final Judgment (ECF No. 44) is hereby GRANTED.

      Accordingly, the Court ORDERS that the Clerk of Court enter judgment in favor of the United States that, as of June 30, 2014, Alejandro Vince Houser and John M. Bravo III are jointly and severally liable to the United States in the amount of $196,136.61 for the unpaid balance of the Trust Fund Recovery Penalties assessed against them pursuant to 26 U.S.C. § 6672 for the 1st, 2nd, and 3rd Quarters of 2006 and the 4th Quarter of 2007, plus interest and other statutory additions, as provided by 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until paid.

1 | Dated: March 27, 2015

Troy L. Nunley
United States District Judge

2