UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 30, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

United States of America

          v.          CASE NUMBER: CIV S-2:11-cv-2062 TLN AC

Alejandro Vince Houser and John M. Bravo, III

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/30/2015 in favor of the United States against Alejandro Vince Houser and John M. Bravo, III jointly and severally liable to the United States in the amount of $196,136.61.**

                                    Victoria C. Minor,
                                    Clerk of the Court

ENTERED:    March 30, 2015

                                    /s/ K. Zignago
                             by:_____
                             K. Zignago, Deputy Clerk